UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRAM MICRO, INC., <br><br>　　　　　　　　　　Plaintiff, <br><br> v. <br><br> AIT WORLDWIDE LOGISTICS, INC., <br><br>　　　　　　　　　　Defendant. | Case No.:  23-CV-2079 W (VET) <br><br> **ORDER DISMISSING CASE WITH PREJUDICE [DOC. 25]** |

　　　Pending before the Court is the parties' Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Pursuant to the stipulation [Doc. 25], the Court **ORDERS** the case **DISMISSED WITH PREJUDICE**. Magistrate Judge Valerie E. Torres shall retain jurisdiction pursuant to the parties' Consent to Jurisdiction by a United States Magistrate Judge for a period of one year.

　　　**IT IS SO ORDERED.**

Dated:  February 25, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　United States District Judge